Florez v P.S. 3 Charrette Sch. (2023 NY Slip Op 50993(U))

[*1]

Florez v P.S. 3 Charrette Sch.

2023 NY Slip Op 50993(U)

Decided on September 21, 2023

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on September 21, 2023
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Hagler, P.J., Brigantti, James, JJ.

570649/23
Julia Florez, Plaintiff-Appellant, 
against
P.S. 3 Charrette School, Defendant-Respondent.

Plaintiff appeals from an order of the Civil Court of the City of New York, New York County (Kim M. Parker, J.), entered August 26, 2022, which granted defendant's motion to dismiss the complaint, and an order (same court and Judge), entered October 24, 2022, which denied her motion for leave to reargue the prior order.

Per Curiam.
Order (Kim M. Parker, J.), entered August 26, 2022, affirmed, without costs. Appeal from order (Kim M. Parker, J.) dated October 24, 2022, dismissed, without costs, as nonappealable.
Civil Court properly dismissed plaintiff's harassment and defamation action against defendant public school, since plaintiff failed to file a notice of claim within the applicable three-month statutory period (see Education Law § 3813[1]) and never timely sought permission of the court for a filing extension (see Education Law § 3813[2-a] and [2-b]; Gondal v New York City Dept. of Educ., 19 AD3d 141 [2005]; Bazile v City of New York, 94 AD3d 929, 930 [2012]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 21, 2023